# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARLENE COLEMAN,**

      **Plaintiff,**

**v.**                                                    **Case No:   6:14-cv-527-Orl-22TBS**

**STARBUCKS COFFEE COMPANY,**

      **Defendant.**

## ORDER

This cause is before the Court on Motion to Proceed *In Forma Paueris* (Doc. No. 2) filed on April 2, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice, and that the Plaintiff be given leave to file an Amended Complaint to correct deficiencies noted therein.

After issuance of the Report and Recommendation the Court was notified that the Clerk's office experienced a scanning error resulting in missing pages.   Although that has been remedied (Doc. No. 1-17) it does not cure the other problems noted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 7, 2014 (Doc. No. 4), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Proceed *In Forma Paueris* is hereby DENIED without prejudice.

3. The Complaint is hereby DISMISSED without prejudice.

4. No later than May 20, 2014 Plaintiff shall file an Amended Complaint to cure the deficiencies, along with a renewed Application to Proceed in District Court without Prepaying Fees or Costs.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Darlene Coleman, pro se