# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARLENE COLEMAN,**

      **Plaintiff,**

**v.**         Case No: 6:14-cv-527-Orl-22TBS

**STARBUCKS,**

      **Defendant.**

## ORDER

This cause is before the Court on Second Motion to Proceed In Forma Pauperis (Doc. No. 12) filed on May 12, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED, that the Amended Complaint be DISMISSED without prejudice, and that Plaintiff be GRANTED a final opportunity to amend her complaint to cure the deficiencies noted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 16, 2014 (Doc. No. 15), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Motion to Proceed In Forma Pauperis is hereby DENIED.

3. The Amended Complaint is DISMISSED without prejudice.

      4.      Plaintiff is given leave to file a Second Amended Complaint by June 30, 2014. Failure to file an amended complaint as directed shall result in this action being dismissed without further notice.

      5.      The Third Amended Complaint shall be accompanied by either the filing fee or an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form). The clerk is directed to send a form to Plaintiff along with this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Darlene Coleman, pro se