UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARLENE COLEMAN,

      Plaintiff,

v.                                Case No:  6:14-cv-527-Orl-22TBS

STARBUCKS,

      Defendant.

_____

## ORDER

Pending before the Court is Defendant's Motion Regarding Plaintiff's Failure to Comply with the Case Management and Scheduling Order and Leave for Lead Trial Counsel to Appear Telephonically at the Meeting to Prepare the Joint Final Pretrial Statement (Doc. 65).

The Court entered a case management and scheduling order on October 28, 2014, requiring, among other things, that the parties meet in person by September 7, 2015, to prepare a joint final pretrial statement and file a "Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (Also sent to Chamber's email in Microsoft Word Format), Voir Dire Questions, Witness Lists, Exhibit Lists on Approved Form.)" by September 21, 2015 (Doc. 39).

Defendant represents that it attempted to contact Plaintiff on several occasions to schedule an in person meeting to prepare a joint final pretrial statement, but that Plaintiff did not respond until September 9th and is not available to meet until September 17th.   Defendant has counsel that can attend the meeting on September 17, 2015, but its lead counsel will be out of state (Id. at ¶ 7).

Moreover, as of the filing of Defendant's motion, Plaintiff had not provided Defendant with "any portion of the Plaintiff's Final Pretrial Statement, including her witness and exhibit lists, or been provided any of Plaintiff's proposed exhibits."   (Id. at ¶ 6).   Defendant argues that Plaintiff's failure in this regard is "prejudicial to Defendant as it will have limited time to review [Plaintiff's] exhibits and witness list prior to the deadline for filing the Joint Final Pretrial Statement."   (Id. at p. 5). Defendant seeks an order requiring Plaintiff to comply with the case management and scheduling order and "provide Defendant with copies of her exhibits and witness list no later than September 17, 2015 when she meets with defense counsel, and permitting lead trial counsel for Defendant to attend the meeting to prepare the Joint Final Pretrial Statement telephonically."   (Id. at p. 6).

Upon consideration, Defendant's motion is **GRANTED**.   Although Plaintiff is proceeding *pro se*, she is still required to comply with the case management and scheduling order.   That order requires the parties to make a good faith effort during the in person meeting to prepare the joint final pretrial statement to "tag, mark, identify, examine, copy, and list all original trial exhibits (including actual document exhibits) that any party will offer in evidence or otherwise tender to any witness during trial" and "exchange the names and addresses of all witnesses and state whether they will likely be called."   (Doc. 39, pp. 6-7).   Plaintiff must bring copies of her exhibits and witness list to the meeting to comply with this requirement.   The parties have scheduled an in person meeting to prepare a joint final pretrial statement on September 17, 2015.   Defendant's lead counsel may attend that meeting telephonically, provided Defendant also has counsel that appears in person.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2015.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

      Counsel of Record
      Unrepresented Parties