UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARLENE COLEMAN,

    Plaintiff,

v.                                              Case No:   6:14-cv-527-Orl-22TBS

STARBUCKS,

    Defendant.

## ORDER

Pending before the Court is Plaintiff's motion titled "Starbucks and their Lawyers Tampered and Falsified Starbucks Partner Resource Reports then they Submitted as Evidence for the Trial and During the Pretrial Meeting they Committed Professional Misconduct." (Doc. 70). In her motion, Plaintiff asks the Court to investigate Defendant and its attorneys' allegedly unethical and illegal conduct, and order the parties to engage in a new settlement conference and settle the case (Id.). The motion is **DENIED without prejudice** because Plaintiff failed to comply with her obligations under M.D. FLA. R. 3.01(g) prior to filing the motion. Plaintiff may recall the Court explained Rule 3.01(g) to her in its Order dated April 11, 2014 (Doc. 5).

**DONE** and **ORDERED** in Orlando, Florida on September 30, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties